# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JAMMIE L. YERKS,<br><br>                Plaintiff,<br>v.<br><br>DR. SCOTT HOFTIEZER,<br><br>                Defendant. | Case No. 17-CV-172-JPS<br><br>**ORDER** |

On November 29, 2017, Plaintiff filed a motion to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(2), noting that he had not secured consent to dismissal from Defendant. (Docket #31). On December 5, 2017, the parties filed a joint stipulation indicating their agreement to dismissal with prejudice and without costs. (Docket #32). The Court herewith adopts the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #32) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice and without costs.**

Dated at Milwaukee, Wisconsin, this 8th day of December, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge